PD-1551-15

PD-1551-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/30/2015 3:50:45 PM
Accepted 12/1/2015 2:08:28 PM
ABEL ACOSTA
CLERK

## No.

In the
Court of Criminal Appeals of Texas
At Austin

———————◆———————

### No. 14-14-00700-CR
In the Court of Appeals for the
Fourteenth District of Texas
At Houston

———————◆———————

GEORGE NEAL WILLIAMS
*Appellant*
v.
THE STATE OF TEXAS
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME
FOR FILING PETITION FOR DISCRETIONARY REVIEW

———————◆———————

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b) and 68.2(c) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's petition for discretionary review in this cause, and, in support thereof, presents the following:

FILED IN
COURT OF CRIMINAL APPEALS

December 1, 2015

ABEL ACOSTA, CLERK

1. In the 338th District Court of Harris County, Texas, in cause number 1425992, in **The State of Texas v. George Neal Williams,** Appellant was convicted of the felony offense of possession of a controlled substance.

2. On August 21, 2014, the Appellant was sentenced to one year in the state jail.

3. A written notice of appeal was filed on August 21, 2014.

4. The Fourteenth Court of Appeal reversed the trial court's judgment on October 29, 2015.

5. The State's petition for discretionary review is due to be filed with this Court on November 30, 2015.

6. The State requests an extension of time in which to file its petition for discretionary review until December 21, 2015.

7. No previous extensions have been requested by the State.

8. The facts relied upon to explain the need for this extension are:

The undersigned attorney is the Chief of the Appellate Division of the Harris County District Attorney's Office, and he is assigned to the appeal in the appellant's case. This week, the undersigned attorney is preparing a response to a double jeopardy claim in the following case:

The State of Texas v. Robert Yetman        176th District Court

The undersigned attorney has also been assigned the responsibility of preparing written and oral presentations on the new "open carry" laws to take effect in Texas on January 1, 2016.

WHEREFORE, the State prays that this Court will grant an extension of time until December 21, 2015 in which to file the State's petition for discretionary review in this case.

Respectfully submitted,

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the appellant's attorney at the following address on November 30, 2015:

Randall J. Ayers
P.O. Box 1569
Houston, Texas 77251-1569

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date: November 30, 2015